# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEVE P. THEODOROPOULOS,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:12-cv-82-Orl-28TBS**

**DEPARTMENT OF HOMELAND SECURITY,**

       **Defendant.**

_____

# ORDER

This case is before the Court on Defendant's Motion to Dismiss (Doc. No. 11) filed July 2, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 30, 2012 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss (Doc. No. 11) is **GRANTED**. The Amended Complaint (Doc. No. 3) is dismissed without prejudice. Plaintiff is granted leave to file a Second Amended Complaint within fourteen (14) days from the date of this Order. Failure

to file a Second Amended Complaint within the time allowed herein will result in this file being closed without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27th day of December, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party