# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEVE P. THEODOROPOULOS,**

        **Plaintiff,**

**-vs-**                                                        **Case No. 6:12-cv-82-Orl-28TBS**

**DEPARTMENT OF HOMELAND SECURITY,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Defendant's Motion to Dismiss, or, alternatively, Motion for Summary Judgment (Doc. No. 23) filed March 11, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 13, 2013 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss, or, alternatively, Motion for Summary Judgment, (Doc. No. 23) is **GRANTED in part** and **DENIED in part.**

   3. The Motion for Summary Judgment is **GRANTED** as to Count I (hostile work environment) and Count III (judicial review).

   4. The Motion for Summary Judgment (and alternative motion to dismiss) as to Count II (retaliation) is **DENIED**.

   5. This case will proceed as to Count II only.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of July, 2013.

*[signature]*

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party