UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEVE P. THEODOROPOULOS,

    Plaintiff,

v.                                                Case No.  6:12-cv-82-Orl-28TBS

DEPARTMENT OF HOMELAND SECURITY,

    Defendant.
_____

## ORDER

Upon due consideration, Plaintiff's Motion Under Rule 39 for Trial by Jury Notwithstanding His Failure to Make Timely Jury Trial Demand (Doc. 67), is DENIED without prejudice.  The motion does not contain the certificate required by M.D. Fla. R. 3.01(g).

DONE AND ORDERED in Orlando, Florida, on October 2, 2014.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel